AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Northern District of Mississippi

UNITED STATES OF AMERICA

V.

HECTOR NAVA
a/k/a "JOSE"

**WARRANT FOR ARREST**

Case Number: 1:06CR109

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  **HECTOR NAVA a/k/a "JOSE"**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

DRUGS

in violation of Title **18 & 21** United States Code, Section(s) **2 & 841, 846**

| Arlen B. Coyle | by /s/ S. Adams | Deputy Clerk |
|---|---|---|
| Name of Issuing Officer | Signature of Issuing Officer | |
| Clerk of Court | 7/27/2006 , Oxford, Mississippi | |
| Title of Issuing Officer | Date    Location | |

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |