| Prob 22 (2/98) | | DOCKET NUMBER (Tran Court) 1:06CR109-002 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec Court) CR10-50080-PHX-SRB |
| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE: Hector Nava | DISTRICT Northern District of Mississippi | DIVISION Eastern |
| | NAME OF SENTENCING JUDGE Michael P. Mills Chief, U.S. District Judge | |
| | DATES OF PROB/TSR RELEASE | FROM 1/11/2010 — TO 1/10/2014 |

OFFENSE

Aiding and Abetting in the Possession with Intent to Distribute in Excess of 50 Grams of Methamphetamine

FILED
JUN 0 3 2010
DAVID CREWS, CLERK
By A. Adams
Deputy

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Arizona upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

7 May 2010
Date

_____
United States District Judge

* This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/13/10
Date

_____
United States District Judge